[L. A. No. 2759. Department One.—December 19, 1911.]

## SAN PEDRO, LOS ANGELES AND SALT LAKE RAILROAD COMPANY, Respondent, v. GUSSIE NELSON et al., Appellants.

TIDE-LANDS—LEASE OF.—Judgment and order affirmed on the authority of *San Pedro, Los Angeles & Salt Lake Railroad Company* v. *Hamilton*, and *Hamilton* v. *San Pedro, Los Angeles & Salt Lake Railroad Company, ante,* p. 610.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. N. P. Conrey, Judge.

The facts are similar to those stated in the opinion in the case of *San Pedro, Los Angeles & Salt Lake Railroad Company* v. *Hamilton, ante,* p. 610, [119 Pac. 1073].

Dian R. Gardner, for Appellants.

A. S. Halsted, and Miner P. Goodrich, S. M. Johnstone, and W. R. Kelly, for Respondent.

THE COURT.—This is an appeal from the judgment and from an order denying the defendants' motion for a new trial. The case is in all essential particulars identical with the cases entitled, *San Pedro, Los Angeles & Salt Lake Railroad Company* v. *Hamilton* (L. A. No. 2539) and *Hamilton* v. *San Pedro, Los Angeles & Salt Lake Railroad Company* (L. A. No. 2540), *ante,* p. 610, [119 Pac. 1073], which have been this day decided in Bank upon an opinion filed. Upon the authority of those cases and for the reasons given in the opinion aforesaid, the judgment and order herein appealed from are affirmed.

Hearing in Bank denied.